**No. 09-8911. Cary A. Wilke, Petitioner v. Barbara Meyer, et al.**

559 U.S. 1051, 130 S. Ct. 2346, 176 L. Ed. 2d 566, 2010 U.S. LEXIS 3058.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 345 Fed. Appx. 944.

**No. 09-8914. Bruce Earl Ward, Petitioner v. Ray Hobbs, Interim Director, Arkansas Department of Correction.**

559 U.S. 1051, 130 S. Ct. 2367, 176 L. Ed. 2d 566, 2010 U.S. LEXIS 3002.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 577 F.3d 925.

**No. 09-8918. Anthony Benjamin, Petitioner v. Lorettan Wallace, et al.**

559 U.S. 1051, 130 S. Ct. 2346, 176 L. Ed. 2d 566, 2010 U.S. LEXIS 2940, ■

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 352 Fed. Appx. 829.

**No. 09-8920. Stephanie Bonds, Petitioner v. Illinois.**

559 U.S. 1051, 130 S. Ct. 2346, 176 L. Ed. 2d 566, 2010 U.S. LEXIS 2943.

April 5, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Fifth District, denied.

Same case below, 391 Ill. App. 3d 182, 330 Ill. Dec. 250, 908 N.E.2d 102.

**No. 09-8922. Kerry L. Brown, Petitioner v. Jody Hathaway, Warden.**

559 U.S. 1051, 130 S. Ct. 2347, 176 L. Ed. 2d 566, 2010 U.S. LEXIS 3087.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-8928. Donniel Woods, Petitioner v. South Carolina Judicial Branch.**

559 U.S. 1051, 130 S. Ct. 2347, 176 L. Ed. 2d 566, 2010 U.S. LEXIS 2947.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 868.

**No. 09-8930. Curtis Windom, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 1051, 130 S. Ct. 2367, 176 L. Ed. 2d 566, 2010 U.S. LEXIS 3040.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 578 F.3d 1227.